UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHIE L. BERNA, PETER P. BERNA, SR.,
DANIEL P. BERNA, STEPHANIE GADWELL,
CHRISTINE LUEVANOS, ANGELENE LUEVANOS,
ALLEN GUNTHER, CHARLES SCOTT, ROBERT
MACLEOD, DEBORAH MACLEOD, CLIFFORD
WITTING, GINO STAVOLA, SANDRA JOHNSON,
EDWARD JOHNSON, ALBERT MAURICIO, BELLA
MAURICIO, STEPHANIE A. GADWELL, ROBERT J.
GADWELL, ROBERT T. GADWELL, and all
similarly situated and affected individuals,

      Plaintiffs,

                                                Civil No. 05-74521
                                                Hon. John Feikens

      v.

CITY OF DETROIT, LOUISE LIEBERMAN, VICTOR MERCADO,
GARY FUJITA, GEORGE ELLENWOOD, JOHN MCGRAIL,
DARYL IVORY, WILLIAM CRAFT, GERED RICHARDS,
MR. PHRASER (employee of City of Detroit), DETROIT WASTEWATER
PARTNERS, MEANS SVERDRUP/WAGE-TRIM, SVERDRUP
ASSOCIATES, INC., WAGE-TRIM ASSOCIATES, INC.,
MALCOLM PRNIE, INC., APPLIED SCIENCE, INC.,
CECIL LUE-HING & ASSOCIATES, INC., SIGMA ASSOCIATES,
INC., CHARLIE WILLIAMS & ASSOCIATES, INC., PROJECT
INNOVATIONS, INC., CONSULTING ENGINEERING ASSOCIATES,
INC., COLE FINANCIAL SERVICES, INC., CONSTRUCTION
DYNAMICS GROUP, INC., HISHON ENVIRONMENTAL CONSULTING,
INC., RIBWAY ENGINEERING GROUP, INC., TESTING ENGINEERING
CONSULTANTS, INC., and TUCKER YOUNG JACKSON TULL, INC.,

      Defendants.

_____/

**OPINION AND ORDER DISMISSING DEFENDANT PHRASER**

      On January 3, 2006, this Court ordered Plaintiffs to show cause within 14 days why

Defendant Phraser should not be dismissed, because several Defendants alleged that Defendant

Phraser is dead.  Plaintiffs have made no filings since that time.  Therefore, I DISMISS

Defendant Phraser with prejudice.

    **IT IS SO ORDERED.**

Date:  January 23, 2006                    s/John Feikens  
                                                United States District Judge

---

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on January 23, 2006, by U.S. first class mail or electronic means.

                        s/Carol Cohron  
                        Case Manager